

GOLDMAN & MINTON P.C.

June 17, 2011

Attorneys at Law
20 South Charles Street
Suite 1201
Baltimore, MD 21201
Phone 410.783.7575
Fax 410.783.1711
www.charmcitylegal.com

**Via ECF System**
Hon. Marvin J. Garbis, Sr.
United States District Judge
United States District Court for the District of Maryland

**Re:** **Gloria Goodie, et al. Weinstock, Friedman & Friedman**
**Civil No. MJG-10-1870**

Dear Judge Garbis:

On behalf of all parties, I write to inform the Court that we have agreed on the terms of a settlement in this matter. The parties have executed a Memorandum of Understanding that includes a provision for certification of a settlement class pursuant to Fed. R. Civ. P. 23. We would ask the Court for 35 days in which to file pleadings relating to the required preliminary approval of the settlement, including a proposed Notice to be sent to class members. If the Court is in agreement, we propose that the Motion for Preliminary Approval, the Settlement Agreement, and the proposed Notice to the Class, will be filed on or before July 22.

Counsel are available to discuss any questions or comments at the Court's convenience. We appreciate the Court's time and attention in this matter.

Very truly yours,

Thomas J. Minton
tminton@charmcitylegal.com

cc: Bernard T. Kennedy, Esq.
    William White, Esq.