FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2011 NOV 28 P 3:15
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

GLORIA DIGGS, et al.

    Plaintiffs

vs.                CIVIL ACTION NO. MJG-10-1870

WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.

    Defendant

* * * * * * * * *

## MEMORANDUM AND ORDER

The Court has before it the Joint Motion for Preliminary Approval of Class Action Settlement [Document 23] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

The Court, having conferred with counsel and reviewed the current settlement agreement,[1] decides that:

1. The Joint Motion for Preliminary Approval of Class Action Settlement [Document 23] is GRANTED.

2. The Order of Preliminary Approval of Class Action Settlement shall be issued herewith.

SO ORDERED, this Monday, November 28, 2011.

                                      /s/
                              Marvin J. Garbis
                     United States District Judge

---

[1] By Memorandum and Order issued August 24, 2011, the Court denied the previous Joint Motion for Preliminary Approval of Class Action Settlement [Document 19].